AO 91 (Rev. 02/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States District Court
Southern District of Texas
**FILED**
MAY 1 9 2016
Clerk of Court

United States of America
v.
Alhan Sanchez
(YOB 1997, COB United States of America)

_____
Defendant

Case No. M-16-0971-M-01
(Related: M-16-0965
M-16-921)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of  05/18/2016  in the county of  Hidalgo  in the  Southern  District of  Texas , the defendant violated  Title 18  U. S. C. §  922(n) , an offense described as follows:

a person who is under indictment for a crime punishable by imprisonment for a term exceeding one year to ship or transport in interstate or foreign commerce any firearm or ammunition or receive any firearm or ammunition which has been shipped or transported in interstate or foreign commerce.

This criminal complaint is based on these facts:
See Attachment "A"

☑ Continued on the attached sheet.

_____
Complainant's signature
Brian Yontz, HSI TFO
Printed name and title

Approved Joseph Leonard
Sworn to before me and signed in my presence.

Date:  05/19/2016

_____
Judge's signature

City and state:  McAllen, Texas  Dorina Ramos, U.S. Magistrate Judge
Printed name and title

Attachment "A"

On May 18, 2016, Homeland Security Investigations, McAllen, Texas (HSI McAllen) Special Agents, assisted by agents with U.S. Customs and Border Protection, Office of Border Patrol (OBP) and the Hidalgo County Constable's Office, Precinct 4 executed a federal search warrant at 3405 Janie Street Apartment "F" in Mission, Texas. Upon searching the residence, officers discovered and seized one handgun located in the kitchen cabinet, one handgun in the nightstand drawer of Aaron Sanchez' bedroom, several cellular phones and electronic storage devices.

HSI Special Agents Erik Diaz and Irineo Garza read Alhan Sanchez his Miranda Rights in the Spanish language. Alhan Sanchez waived his rights and agreed to speak with agents without an attorney. Alhan Sanchez stated a person known to him as "Puma" left the handgun under a tree next to Alhan Sanchez' apartment for him to keep for a day. Alhan Sanchez stated he took possession of the weapon and put it in the kitchen cabinet of his home. Alhan Sanchez said "Puma" was going to pay him $40.00 (USD), and on May 18, 2016, when "Puma" was supposed to pick it up. That weapon was a High Point 9 millimeter pistol, Model 09, manufactured outside the state of Texas.

Record checks for Alhan Sanchez revealed that he is under indictment (10 years deferred adjudication) for Theft of Property $1,500<$20,000 in cause number CR-3678-14-J out of the 430th Judicial District Court of Hidalgo County, Texas.